UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

RAYON RHODES

    Plaintiff,

v.                          Case No. 8:15-cv-2790-T-33MAP

CREDIT PROTECTION ASSOCIATION,

    Defendant.
_____/

**ORDER**

This matter comes before the Court <u>sua sponte</u>. This action was transferred to the undersigned on August 2, 2016. (Doc. # 11). Thereafter, the Court vacated the case management and scheduling order that had been entered while the case was pending before the Honorable James D. Whittemore, United States District Judge, and entered its Scheduling Order, which is designed to meet the particular needs of this type of action. (Doc. ## 13-14). The August 3, 2016, Scheduling Order directed Lead Counsel to file a notice of mediation by August 17, 2016. (Doc. # 14). No such notice was filed. Therefore, on August 22, 2016, the Court entered an Order directing Lead Counsel to file the notice of mediation by August 24, 2016. (Doc. # 15). No such notice was filed.

Accordingly, the Court entered an Order to show cause on August 25, 2016, directing Plaintiff to show cause why this action should not be dismissed by August 30, 2016. (Doc. # 16). As of the date of this Order, Plaintiff has failed to respond to the Court's Order to show cause. Therefore, the Court dismisses this case without prejudice pursuant to Local Rule 3.10(a), M.D. Fla.[1]

Accordingly, it is

**ORDERED, ADJUDGED,** and **DECREED:**

(1)  This case is dismissed without prejudice.

(2)  The Clerk is directed to close this case.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this 2nd day of September, 2016.

_____
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies: All Counsel of Record

---

[1] Local Rule 3.10(a), M.D. Fla., states: "Whenever it appears that any case is not being diligently prosecuted the Court may, on motion of any party or on its own motion, enter an order to show cause why the case should not be dismissed, and if no satisfactory cause is shown, the case may be dismissed by the Court for want of prosecution."