**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

RAYON RHODES,

Plaintiff,

v. CASE NO.: 8:15-cv-02790-VMC-MAP

CREDIT PROTECTION
ASSOCIATION,

Defendant.
_____________________________________/

**MOTION TO WITHDRAW AS COUNSEL**

The undersigned, counsel for Plaintiff, RAYON RHODES ("Plaintiff"), hereby moves this Honorable Court pursuant to Rule 2.03 for entry of an Order withdrawing his appearance as counsel for Plaintiff. In support thereof, the undersigned states as follows:

1. On December 20, 2016, Plaintiff's attorneys discovered new facts from an independent source that adversely affects the relationship between Plaintiff and his attorneys.

2. Plaintiff's attorneys are unable to effectively and properly continue representing Plaintiff due to the irreconcilable differences that have arisen.

3. Plaintiff's counsel called Plaintiff immediately after learning of this new information and advised Plaintiff that the attorneys would be withdrawing from his case, to which he replied "OK."

4. A filed copy of this Motion will be delivered to Plaintiff via US Mail on December 20, 2016.

WHEREFORE, for the reasons set forth in this Motion, Counsel respectfully request that this Honorable Court enter an Order withdrawing Counsel from this matter and relieving Counsel of all further responsibilities to Plaintiff in this matter.

Dated: December 20, 2016

By: /s/ Stephen R. Caplan

Stephen R. Caplan
Caplan & Associates, P.A.
31 N. Hyer Ave.
Orlando, FL 32801
(407)872-6249
steve@caplan-associatespa.com
www.caplan-associatespa.com
Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on December 20, 2016, the foregoing was filed with the Clerk of the Court by using the CM/ECF System, which automatically provided notice of said filing to all counsel of record, and that a true and correct copy of the forgoing was served on the following via US Mail:

Rayon Rhodes
42584 US Hwy 11
Valley Head AL 35989

By: /s/ Stephen R. Caplan
Stephen R. Caplan