UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

RAYON RHODES,

Plaintiff,

v. CASE NO. 8:15-cv-02790-T-33MAP

CREDIT PROTECTION ASSOCIATION,

Defendant.
_____________________________________/

**ORDER**

Stephen Caplan, Esq. of the Orlando firm Caplan & Associates, PA moves to withdraw as Plaintiff's counsel of record (doc. 41). Plaintiff and opposing counsel have been notified and consent to the relief. As Plaintiff has no other counsel of record, he will proceed *pro se* unless he retains new counsel. It is hereby ORDERED:

1. The Motion to Withdraw (doc. 41) is GRANTED. Stephen Caplan is removed as Plaintiff's counsel of record. The Clerk of Court shall direct all filings (including this Order) to *pro se* Plaintiff **Rayon Rhodes, 42584 US Hwy 11, Valley Head, AL 35989**;
2. Stephen Caplan is directed to serve a copy of this Order via U.S. Mail, return receipt requested, on Plaintiff at the address listed in numbered paragraph 1;

DONE and ORDERED in Tampa, Florida, on January 3, 2017.

Mark A. Pizzo
MARK A. PIZZO
UNITED STATES MAGISTRATE JUDGE